IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:08CR169 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL SUGGS, ) | ORDER |
| ) | |
| Defendant. ) | |

IT IS ORDERED that defendant's Motion for Return of Property is scheduled for hearing on **August 3, 2009, at 10:30 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant will participate in this hearing telephonically.

DATED this 8th day of July, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge